*Formatted for Electronic Distribution*                                                                  *Not for Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

In re:

    **Sherry S. Newberry**　　　　　　　　　　　　　　　　　　Chapter 13 Case
                 **Debtor.**　　　　　　　　　　　　　　　　　　　　　　# 07-10170

_____

*Filed & Entered On Docket July 10, 2007*

| Appearances: | Michelle Kainen, Esq. | Jan Sensenich, Esq. | Jeffrey P. White, Esq. |
|---|---|---|---|
| | White River Junction, VT | White River Junction, VT | Rutland, VT |
| | *Attorney for Debtor* | *Chapter 13 Trustee* | *Attorney for Creditor* |

## ORDER
### SUSTAINING CREDITOR'S OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN
### DENYING CONFIRMATION OF THE DEBTOR'S AMENDED PLAN
### AND ADDRESSING THE HEARING SET FOR AUGUST 16, 2007

For the reasons set forth in the memorandum of decision of even date, the Court sustains the Bank's objection and

IT IS HEREBY ORDERED that confirmation of the Amended Plan filed on May 10, 2007 is denied.

IT IS FURTHER ORDERED that since the continued confirmation hearing in this case is set for August 16, 2007,

(a) if the Debtor wishes to file a Second Amended Plan she must file and serve a Second Amended Plan by July 30, 2007 and set an objection deadline thereon for August 9, 2007, and

(b) if the Debtor does not file a Second Amended Plan by July 30, 2007 then, in the absence of an Order to the contrary, the Court will cancel the August 16, 2007 hearing and enter an Order dismissing the case based upon the Debtor's failure to file a plan that meets the requirements of chapter 13.

SO ORDERED.

                                                                                                      _____
July 10, 2007　　　　　　　　　　　　　　　　　　　　　　　　Colleen A. Brown
Rutland, Vermont　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge