**UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT**

_____

**In re:**

    **SHERRY NEWBERRY,**                                                    **Chapter 13 Case**
              **Debtor.**                                                                **# 07-10170**

_____

**AMENDED ORDER
DENYING DEBTOR'S MOTION FOR RECONSIDERATION
AND MODIFYING DUE DATE FOR DEBTOR'S AMENDED PLAN**

For the reasons set forth in the Memorandum of Decision of even date,

THE COURT FINDS that the Debtor has failed to establish a legal basis for relief from the Decision. Accordingly, IT IS HEREBY ORDERED that the Debtor's Motion for Reconsideration is denied.

IT IS FURTHER ORDERED that the Order entered on July 10, 2007 (doc. # 24) is hereby modified as follows (with the new dates specified in bold and underlined):

(a)     if the Debtor wishes to file a Second Amended Plan, she must file and serve a Second Amended Plan **by August 13, 2007** and set an objection deadline on the motion for noon on **August 15, 2007**;

(b)     if a Second Amended Plan is filed, the confirmation hearing set for August 16, 2007 shall proceed;

(c)     if the Debtor does not file a Second Amended Plan by August 13, 2007 then, in the absence of an Order to the contrary or a filed Notice of Appeal, the Court will cancel the August 16, 2007 hearing and enter an Order dismissing the case based upon the Debtor's failure to file a plan that meets the requirements of chapter 13.

SO ORDERED.

August 2, 2007                                                                   Colleen A. Brown
Rutland, Vermont                                                United States Bankruptcy Judge

Filed & Entered
On Docket
August 02, 2007